UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERONICA LISTER,<br><br>            Plaintiff,<br><br>     v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>            Defendant. | Case No. 2:15-CV-04216-CDJ |

    Sarah O. Schindler of Pogust Braslow & Millrood, LLP hereby enters her appearance as counsel on behalf of Plaintiff Veronica Lister.  All pleadings, notices, correspondence, and other matters in this action should be directed to her at the address indicated below.

November 9,2 015                              Respectfully Submitted,


                                                  /s/ Sarah O. Schindler
                                                  Sarah O. Schindler
                                                  POGUST BRASLOW & MILLROOD, LLC
                                                  Eight Tower Bridge, Suite 940
                                                  161 Washington Street
                                                  Conshohocken, PA  19428
                                                  sschindler@pbmttorneys.com
                                                  T: (610) 941-4204, F:  (610) 941-4245


                                                  *Counsel for Plaintiff*

## CERTIFICATION OF SERVICE

      I, Sarah O. Schindler, hereby certify that on November 9, 2015, a copy of the foregoing *Notice of Entry of Appearance* was filed electronically with the Clerk of the Court using CM/ECF.  Parties may access this filing through the Court's system.

November 9, 2015                               **POGUST BRASLOW & MILLROOD, LLC**

                                                       /s/ Sarah O. Schindler
                                                       Sarah O. Schindler

                                                       *Counsel for Plaintiff*